# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1233
LT Case No. 16-2010-CF-012186-A

_____

TAURICE LEONARD BROWN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Taurice Leonard Brown, Wewahitchka, pro se.

James Uthmeier, Attorney General, and Emily Higdon Michaels,
Assistant Attorney General, Tallahassee, for Appellee.

June 23, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____